IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATERN, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civ No. 2:09-CV-178 |
| | § | |
| THE ALLSTATE CORPORATION, | § | |
| ET AL., | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Datatern, Inc., hereby voluntarily dismisses WITHOUT PREJUDICE all claims asserted in the above-entitled action against The Allstate Corporation. Prior to the filing of this notice, The Allstate Corporation has neither served an answer or a motion for summary judgment.

Dated: August 4, 2009         /s/Patrick R. Anderson

Marc A. Fenster, Lead
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Tel: (310) 826-7474
Fax: (310) 826-6991
mfenster@raklaw.com

Andrew Spangler
Spangler Law P.C.
208 N. Green St., Suite 300
Longview, TX 75601
Tel: (903) 753-9300
Fax: (903) 553-0403
spangler@spanglerlawpc.com

Patrick R. Anderson
Patrick R. Anderson, PLLC

>4225 Miller Rd.
>Bldg. B-9, Suite 358
>Flint, MI 48507
>Tel: (810) 275-0751
>Fax: (248) 928-9239
>Patrick@prapllc.com
>
>ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on all parties via United States mail and/or electronic delivery this 4th day of August, 2009.

>/s/Patrick R. Anderson