**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **DATATERN, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civ No. 2:09-CV-178** |
| | § | |
| **THE ALLSTATE CORPORATION,** | § | |
| **ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |

**<u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Datatern, Inc., hereby voluntarily dismisses WITHOUT PREJUDICE all claims asserted in the above-entitled action against SunTrust Banks, Inc.  Prior to the filing of this notice, SunTrust Banks, Inc. has neither served an answer or a motion for summary judgment.

Dated:  August 25, 2009          s/Patrick R. Anderson_____

Marc A. Fenster, Lead
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Tel: (310) 826-7474
Fax: (310) 826-6991
mfenster@raklaw.com

Andrew Spangler
Spangler Law P.C.
208 N. Green St., Suite 300
Longview, TX 75601
Tel: (903) 753-9300
Fax: (903) 553-0403
spangler@spanglerlawpc.com

Patrick R. Anderson
Patrick R. Anderson, PLLC

4225 Miller Rd.
Bldg. B-9, Suite 358
Flint, MI 48507
Tel: (810) 275-0751
Fax: (248) 928-9239
Patrick@prapllc.com

ATTORNEYS FOR PLAINTIFF

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing document

was served on all parties via United States mail and/or electronic delivery this 25th day of

August, 2009.

__ s/Patrick R. Anderson _____