# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DATATERN, INC.,**<br><br>　　　　　Plaintiff,<br><br>**v.**<br><br>**THE ALLSTATE CORPORATION, et al.,**<br><br>　　　　　Defendants. | Civil Action No. 2:09-cv-00178-TJW<br><br>The Honorable T. John Ward<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION FOR DISMISSAL OF DEFENDANTS CHEVRON CORPORATION AND CHEVRON PRODUCTS COMPANY WITHOUT PREJUDICE

Plaintiff DATATERN, INC. and Defendants CHEVRON CORPORATION and CHEVRON PRODUCTS COMPANY hereby submit and file their Joint Motion to Dismiss without Prejudice, and move the Court for an Order dismissing Plaintiff's claims against Defendants in their entirety without prejudice, with each party to bear its own costs, expenses, and attorneys fees.

Dated:  August 26, 2009

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Michael E. Jones*
　　　　　　　　　　　　　　　　　　Michael E. Jones
　　　　　　　　　　　　　　　　　　SBN: 10929400
　　　　　　　　　　　　　　　　　　mikejones@potterminton.com
　　　　　　　　　　　　　　　　　　POTTER MINTON
　　　　　　　　　　　　　　　　　　A Professional Corporation
　　　　　　　　　　　　　　　　　　110 N. College, Suite 500 (75702)
　　　　　　　　　　　　　　　　　　P. O. Box 359
　　　　　　　　　　　　　　　　　　Tyler, Texas 75710
　　　　　　　　　　　　　　　　　　Tel: (903) 597-8311
　　　　　　　　　　　　　　　　　　Fax: (903) 593-0846

Bob Steinberg
bob.steinberg@lw.com
Renny Hwang
renny.hwang@lw.com
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles CA 90071-1560
Tel: (213) 485-1234
Fax: (213) 891-8763

Maximilian A. Grant
max.grant@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington DC 20004-1304
Tel: (202) 637-2200
Fax: (202) 637-2201

**ATTORNEYS FOR DEFENDANTS CHEVRON CORPORATION AND CHEVRON PRODUCTS COMPANY**


*/s/ Marc A. Fenster*
*(with permission by Michael E. Jones)*
Marc A. Fenster
mfenster@raklaw.com
Andrew D. Weiss
aweiss@raklaw.com
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
310/826-7474
Fax: 310/826-6991

Andrew Wesley Spangler
spangler@spanglerlawpc.com
Spangler Law PC
208 N. Green St., Suite 300
Longview, TX 75601
903-753-9300
Fax: 903-553-0403

        Patrick Rolf Anderson
        patrick@prapllc.com
        Patrick R. Anderson, PLLC
        4225 Miller Rd., Bldg. B-9, Suite 358
        Flint, MI 48507
        810-275-0751
        Fax: 248-928-9239

        **ATTORNEYS FOR PLAINTIFF**
        **DATATERN, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 26, 2009. Any other counsel of record will be served by first class mail on this same date.

        */s/ Michael E. Jones*
        Michael E. Jones