IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATERN, INC. | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 2:09-CV-178 |
| THE ALLSTATE CORPORATION, ALLSTATE INSURANCE COMPANY, ALLSTATE LIFE INSURANCE COMPANY, BAYER CORPORATION, BP AMERICA INC., BUY.COM INC., CHEVRON CORPORATION, CHEVRON U.S.A. INC., CHEVRON PRODUCTS COMPANY, CONOCOPHILLIPS COMPANY, CONOCOPHILLIPS, HALLIBURTON COMPANY, HSN, INC., HSN INTERACTIVE LLC, JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., WASHINGTON MUTUAL, INC., NATIONWIDE FINANCIAL SERVICES, INC.; NATIONWIDE MUTUAL INSURANCE CCOMPANY, THE PRUDENTIAL REAL ESTATE AFFILIATES, INC., THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, PRUDENTIAL FINANCIAL, INC., SUNTRUST BANKS, INC., AND SUNTRUST BANK, | § § § § § § § § § § § § § § § § § § § § § § § § | |
| Defendants. | § | |

**Order Granting Defendants' Second Agreed Motion For
Extension of Time in Which to Answer or Otherwise
<u>Respond to Plaintiff's Original Complaint</u>**

After considering Defendants, JP Morgan Chase & Co., JP Morgan Chase Bank, N.A., and Chase Bank USA, N.A.'s, Second Agreed Motion for

Extension of Time in Which to Answer or Otherwise Respond to Plaintiff's Original Complaint, the Court finds that good cause exists and the motion should be granted.

It is, therefore, Ordered that JP Morgan Chase & Co., JP Morgan Chase Bank, N.A., and Chase Bank USA, N.A., have through and including November 13, 2009 in which to answer, move or otherwise respond to Plaintiff's Original Complaint.

SIGNED this 5th day of November, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE