IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATERN, INC. | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 2:09-CV-178 |
| THE ALLSTATE CORPORATION, ALLSTATE INSURANCE COMPANY, ALLSTATE LIFE INSURANCE COMPANY, BAYER CORPORATION, BP AMERICA INC., BUY.COM INC., CHEVRON CORPORATION, CHEVRON U.S.A. INC., CHEVRON PRODUCTS COMPANY, CONOCOPHILLIPS COMPANY, CONOCOPHILLIPS, HALLIBURTON COMPANY, HSN, INC., HSN INTERACTIVE LLC, JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., WASHINGTON MUTUAL, INC., NATIONWIDE FINANCIAL SERVICES, INC.; NATIONWIDE MUTUAL INSURANCE CCOMPANY, THE PRUDENTIAL REAL ESTATE AFFILIATES, INC., THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, PRUDENTIAL FINANCIAL, INC., SUNTRUST BANKS, INC., AND SUNTRUST BANK, | § § § § § § § § § § § § § § § § § § § § § § § | |
| Defendants. | § | |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

The plaintiff, DataTern, Inc. and defendants, JP Morgan Chase & Co., JP Morgan Chase Bank, N.A., and Chase Bank USA, N.A., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action with prejudice and dismissing all counterclaims as moot, subject to the terms of

that certain agreement entitled "Settlement Agreement" and dated October 30, 2009, with each party to bear its own costs, expenses and attorneys fees.

DATED:  November 13, 2009                    Respectfully submitted,

/s/ Marc A. Fenster
Marc A. Fenster, CA SB #181067
E-mail:  mfenster@raklaw.com
Andrew D. Weiss, CA SB #232974
E-mail: aweiss@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
Telephone:  310/826-7474
Facsimile:  310/826-6991

Andrew W. Spangler, TX SB #24041960
Email: spangler@spanglerlawpc.com
SPANGLER LAW PC
208 N. Green Street, Suite 300
Longview, TX 75601
Telephone:  903/753-9300
Facsimile:  903/553-0403

Attorneys for Plaintiff, Datatern, Inc.


/s/ Trey Yarbrough
Trey Yarbrough
Bar No.  22133500
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
 (903) 595-3111
 Fax: (903) 595-0191
 trey@yw-lawfirm.com

Attorney for Defendants, JP Morgan Chase & Co., JP Morgan Chase Bank, N.A., and Chase Bank USA, N.A.

**Certificate of Service**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 13th day of November, 2009. All other counsel not deemed to have consented to service in such manner will be served via facsimile transmission and/or first class mail.

/s/ Trey Yarbrough
Trey Yarbrough