IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATERN, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:09-cv-178-TJW |
| | § | JURY TRIAL DEMANDED |
| 1.  THE ALLSTATE CORPORATION | § | |
| 2.  ALLSTATE INSURANCE COMPANY | § | |
| 3.  ALLSTATE LIFE INSURANCE CO. | § | |
| 4.  BAYER CORPORATION | § | |
| 5.  BP AMERICA, INC. | § | |
| 6.  BUY.COM, INC. | § | |
| 7.  CHEVRON CORPORATION | § | |
| 8.  CHEVRON U.S.A., INC. | § | |
| 9.  CHEVRON PRODUCTS COMPANY | § | |
| 10. CONOCOPHILLIPS COMPANY | § | |
| 11. CONOCOPHILLIPS | § | |
| 12. HALLIBURTON COMPANY | § | |
| 13. HSN, INC. | § | |
| 14. HSN INTERACTIVE LLC | § | |
| 15. JPMORGAN CHASE & CO. | § | |
| 16. JPMORGAN CHASE BANK, N.A. | § | |
| 17. CHASE BANK USA, N.A. | § | |
| 18. WASHINGTON MUTUAL, INC. | § | |
| 19. NATIONWIDE FINANCIAL SERVICES, INC. | § | |
| 20. NATIONWIDE MUTUAL INSURANCE COMPANY | § | |
| 21. THE PRUDENTIAL REAL ESTATE AFFILIATES, INC. | § | |
| 22. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA | § | |
| 23. PRUDENTIAL FINANCIAL, INC. | § | |
| 24. SUNTRUST BANKS, INC. | § | |
| 25. SUNTRUST BANK | § | |
| | § | |
| Defendants. | § | |

## **STIPULATED DISMISSAL WITH PREJUDICE**

The plaintiff, DataTern, Inc. and defendants Nationwide Financial Services, Inc. and Nationwide Mutual Insurance Company, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action WITH PREJUDICE and dismissing all counterclaims as MOOT, subject to the terms of that certain agreement entitled "SETTLEMENT AGREEMENT" and dated December 3, 2009, with each party to bear its own costs, expenses and attorneys fees.

Dated:  December 31, 2009                                             Respectfully submitted,

RUSS, AUGUST & KABAT                                        MORGAN, LEWIS & BOCKIUS LLP

/s/ Andrew W. Spangler                                              */s/ Rick L. Rambo*
Marc A. Fenster                                                              Rick L. Rambo
California Bar No. 181067                                          State Bar No. 00791479
12424 Wilshire Boulevard 12th Floor                       rrambo@morganlewis.com
Los Angeles, California 90025                                  James L. Beebe
(310) 826-7474 Telephone                                        State Bar No. 24038708
(310) 826-6991 Facsimile                                          jbeebe@morganlewis.com
Email:  mfenster@raklaw.com                                 1000 Louisiana Street, Suite 4200
                                                                                            Houston, Texas  77002
Andrew W. Spangler                                                  (713) 890-5000 Telephone
State Bar No. 24041960                                            (713) 890-5001 Facsimile
Spangler Law PC
208 N. Green Street, Suite 300
Longview, TX 75601
(903) 753-9300 Telephone
(903) 553-0403 Facsimile
Email: spangler@spanglerlawpc.com

ATTORNEYS FOR PLAINTIFF                                 ATTORNEYS FOR DEFENDANTS
DATATERN, INC.                                                       NATIONWIDE FINANCIAL SERVICE, INC AND
                                                                                  NATIONWIDE MUTUAL INSURANCE
                                                                                  COMPANY

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 31st day of December, 2009. All other counsel not deemed to have consented to service in such manner will be served via facsimile transmission and/or first class mail.

/s/ Andrew W. Spangler
Andrew W. Spangler