IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATERN, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:09-cv-178-TJW |
| | § | JURY TRIAL DEMANDED |
| 1.  THE ALLSTATE CORPORATION | § | |
| 2.  ALLSTATE INSURANCE COMPANY | § | |
| 3.  ALLSTATE LIFE INSURANCE CO. | § | |
| 4.  BAYER CORPORATION | § | |
| 5.  BP AMERICA, INC. | § | |
| 6.  BUY.COM, INC. | § | |
| 7.  CHEVRON CORPORATION | § | |
| 8.  CHEVRON U.S.A., INC. | § | |
| 9.  CHEVRON PRODUCTS COMPANY | § | |
| 10. CONOCOPHILLIPS COMPANY | § | |
| 11. CONOCOPHILLIPS | § | |
| 12. HALLIBURTON COMPANY | § | |
| 13. HSN, INC. | § | |
| 14. HSN INTERACTIVE LLC | § | |
| 15. JPMORGAN CHASE & CO. | § | |
| 16. JPMORGAN CHASE BANK, N.A. | § | |
| 17. CHASE BANK USA, N.A. | § | |
| 18. WASHINGTON MUTUAL, INC. | § | |
| 19. NATIONWIDE FINANCIAL SERVICES, INC. | § | |
| 20. NATIONWIDE MUTUAL INSURANCE COMPANY | § | |
| 21. THE PRUDENTIAL REAL ESTATE AFFILIATES, INC. | § | |
| 22. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA | § | |
| 23. PRUDENTIAL FINANCIAL, INC. | § | |
| 24. SUNTRUST BANKS, INC. | § | |
| 25. SUNTRUST BANK | § | |
| | § | |
| Defendants. | § | |

## **STIPULATED DISMISSAL WITH PREJUDICE**

The Plaintiff, DataTern, Inc. and Defendants, The Prudential Real Estate Affiliates, Inc., The Prudential Insurance Company of America, and Prudential Financial, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action WITH PREJUDICE and dismissing all counterclaims as MOOT, subject to the terms of that certain agreement entitled "SETTLEMENT AGREEMENT" and dated December 3, 2009, with each party to bear its own costs, expenses and attorneys fees.

| | |
|---|---|
| Dated:  December 31, 2009 | Respectfully submitted, |
| RUSS, AUGUST & KABAT | MORGAN, LEWIS & BOCKIUS LLP |
| /s/ Andrew W. Spangler | /s/ Rick L. Rambo |
| Marc A. Fenster | Rick L. Rambo |
| California Bar No. 181067 | State Bar No. 00791479 |
| 12424 Wilshire Boulevard 12th Floor | rrambo@morganlewis.com |
| Los Angeles, California 90025 | James L. Beebe |
| (310) 826-7474 Telephone | State Bar No. 24038708 |
| (310) 826-6991 Facsimile | jbeebe@morganlewis.com |
| Email:  mfenster@raklaw.com | 1000 Louisiana Street, Suite 4200 |
| | Houston, Texas  77002 |
| Andrew W. Spangler | (713) 890-5000 Telephone |
| State Bar No. 24041960 | (713) 890-5001 Facsimile |
| Spangler Law PC | |
| 208 N. Green Street, Suite 300 | |
| Longview, TX 75601 | |
| (903) 753-9300 Telephone | |
| (903) 553-0403 Facsimile | |
| Email: spangler@spanglerlawpc.com | |
| | |
| ATTORNEYS FOR PLAINTIFF DATATERN, INC. | ATTORNEYS FOR DEFENDANTS THE PRUDENTIAL REAL ESTATE ASSOCIATES, INC., THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, AND PRUDENTIAL FINANCIAL, INC. |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 31st day of December, 2009. All other counsel not deemed to have consented to service in such manner will be served via facsimile transmission and/or first class mail.

/s/ Andrew W. Spangler
Andrew W. Spangler