**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **DATATERN, INC.**<br>    Plaintiff,<br><br>    v.<br><br>**THE ALLSTATE CORPORATION, ET AL**<br>    Defendants. | **Civil Action No. 2:09-CV-178**<br><br>**JURY TRIAL DEMANDED** |

**STIPULATED MOTION FOR DISMISSAL WITHOUT PREJUDICE**

The plaintiff, DataTern, Inc. ("DataTern"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses all claims between DataTern and Washington Mutual, Inc. in this action WITHOUT PREJUDICE. Prior to the filing of this notice, Washington Mutual, Inc. has neither served an answer or a motion for summary judgment.

Dated: February 2, 2010               Respectfully submitted,

                                        **DATATERN INC.**

                                        By: */s/Patrick R. Anderson*

                                        Patrick R. Anderson
                                        Michigan Bar No. P68961
                                        Patrick R. Anderson PLLC
                                        4225 Miller Rd, Bldg. B-9
                                        Suite 358
                                        Flint, MI 48507
                                        Telephone: 810-275-0751
                                        Fax:         248-928-9239
                                        E-mail: patrick@prapllc.com

                                        Andrew W. Spangler
                                        State Bar No. 24041960
                                        Spangler Law PC

    208 N. Green Street, Suite 300
    Longview, TX 75601
    (903) 753-9300
    (903) 553-0403 Fax
    Email: spangler@spanglerlawpc.com

    Marc A. Fenster, CA SB #181067
    Email: mfenster@raklaw.com
    Andrew D. Weiss, CA SB #232974
    Email: aweiss@raklaw.com
    RUSS, AUGUST & KABAT
    12424 Wilshire Blvd., 12th Floor
    Los Angeles, CA 90025
    310-826-7474
    310-826-6991 Fax

    **ATTORNEYS FOR PLAINTIFF**
    **DataTern, Inc.**

## CERTIFICATE OF SERVICE

    I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

February 2, 2010                                */s/ Patrick R. Anderson*
                                                                      Patrick R. Anderson